IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 25 PM 1:0

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STANFANY NICHOLS<br><br>_____<br><br>_____<br><br>_____<br><br>Defendant(s). | Criminal No. 04-20015 Ml<br><br>(60-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the May 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, June 24, 2005</u>, with trial to take place on the July, 2005, rotation calendar with the time excluded under the Speedy Trial Act through July 15, 2005. Agreed in open court at report date this 22nd day of April, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-25-05

67

SO ORDERED this 22nd day of April, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
TONY ARVIN
Assistant United States Attorney

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CR-20015 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT