IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Cr. No. 04-20015-M1 |
| vs. | * | MOTION GRANTED |
| | * | JON PHIPPS McCALLA |
| STANFANY NICHOLS, | * | U.S. DISTRICT JUDGE |
| | * | Oct. 25, 2005 |
| Defendant. | * | DATE |

### JOINT MOTION TO CONTINUE TRIAL TO
### JANUARY ROTATION DOCKET

The United States and the defendant jointly move the Court to continue the present trial setting in this case to the January rotation docket. The parties request this continuance of trial for the following reasons:

First, the United States has an essential witness that is unavailable for the November rotation docket.

Second, the United States expects that there will be a superseding indictment adding charges against the defendant in the near future.

Third, the defendant needs this additional time to complete his consultations with forensic experts and to then provide the United States with adequate notice of any defense expert witnesses and their reports.

Fourth, the defendant may be filing additional motions in this case.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-25-05



Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#11392 Tennessee)

By: _____
Arthur E. Quinn
Attorney at Law
1661 International Plaza
Memphis, TN  38120

**CERTIFICATE OF SERVICE**

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been mailed, first class postage pre-paid, to Arthur E. Quinn, Attorney at Law, 1661 International Plaza, Suite 300, Memphis, TN  38120.

This 25th day of October, 2005.

_____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:04-CR-20015 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT