IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 27 PM 4: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> VS ) <br> ) <br> STANFANY NICHOLS ) <br> ) <br> Defendant(s) ) | CR. NO. 04-20015-Ml |

CONSENT ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for Report on Friday, October 28, 2005 at 9:00 a.m. Counsel for the defendant and the Government jointly requested a continuance of the present setting. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for Report to **Tuesday, December 20, 2005 at 9:00 a.m.** with a trial date of Tuesday, January 3, 2006.

The period from November 18, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow both parties additional time to prepare.

**IT IS SO ORDERED** this the 27 day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-28-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:04-CR-20015 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT